ELLEN M. HOUGHTALING, Appellant, *v.* WILLIAM M. GROESBECK, Respondent.

(Argued January 14, 1873; decided March term, 1873.)

THIS action was commenced in Justice's Court by long summons. The parties resided in the town of Schaghticoke, the justice in the town of Hoosick, Rensselaer county. The only question in the case was as to whether the two towns adjoined so as to give the justice jurisdiction. *Held*, that the two towns were separated by the town of Pittstown, as bounded by the Revised Statutes, and that, therefore, the justice had no jurisdiction.

*R. A. Parmenter* for the appellant.

*Elisha Butts* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur.
Judgment affirmed.